UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **FLEXSTAKE, INC,**<br><br>Plaintiff,<br><br>v.<br><br>**DBI SERVICES, LLC**,<br><br>Defendant, | Case No. 1:17-cv-20858-RNS<br><br>**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT WITH SUPPORTING MEMORANDUM OF LAW** |

Plaintiff, **FLEXSTAKE, INC.**, pursuant to Fed.R.Civ.P. 15(a)(2), moves for leave to file an amended complaint, which is attached hereto as Exhibit. As grounds, Plaintiff states that justice requires the amendment be granted. As further support for its motion, Plaintiff submits the following memorandum of law.

1. On February 16, 2017, Plaintiff filed its complaint in the Middle District of Florida. Venue was subsequently transferred to the Southern District of Florida.

2. Plaintiff's original complaint contained claims for common law unfair competition, Lanham Act and Florida Deceptive and Unfair Trade Practices Act.

3. Defendant has answered the complaint, asserted affirmative defenses, and has moved for judgment on the pleadings.

4. Plaintiff wishes to amend its original complaint to add additional facts and legal theories.

1

5. Pursuant to Fed.R.Civ.P. 15(a)(2), on a motion to amend pleadings, the court should freely give leave to amend when justice so requires. In the interest of justice, the trend of court decisions is for a liberal construction of the rules authorizing the amendment of pleadings. C.I.R. v. Finley, 265 So.2d 887 (10th Cir. 1959). This rule permitting amendment of pleadings is to be liberally construed on side of allowance of amendments, particularly where the opposing party is put to no disadvantage. Hoye v. Service Products, 286 F.Supp.299 (E.D. Wisc.1968). Leave to amend complaint should be freely given in absence of any apparent or declared reasons such as undue delay, bad faith or dilatory motive on part of movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to opposing party by virtue of allowance of amendment, and futility of amendment. Foman v. Davis, 83.S.Ct. 227, 230 (1962).

6. The requested amendment is made shortly after service of the original complaint and receipt of Defendant's answer and affirmative defenses. No discovery has been taken and no case management plan has been entered. As such, it cannot be said the amendment is intended to or will result in undue delay. Furthermore, given the procedural posture of the case, and the fact that the amendment does not substantially change the theories of liability or the factual underpinnings of the case, there is no basis to conclude that undue prejudice will result from the requested amendment. Finally, the claims, if proven, do amount to unfair and deceptive trade practices, common law unfair competition and violations of the Lanham Act. As such, such amendments are not futile.

7. Accordingly, Plaintiff respectfully requests leave of court to file the Amended Complaint attached hereto as Exhibit A.

**WHEREFORE,** Plaintiff, **FLEXSTAKE, INC.**, respectfully requests that the court enter an order granting Plaintiff's motion for leave to file its amended complaint.

Dated this 28th day of April, 2017.

        Respectfully submitted,

        By**:**  */s/ Christopher DeCosta*
        **CHRISTOPHER J. DECOSTA, ESQ.**
        **FLORIDA BAR NUMBER 271410**
        HOLTZ MAHSHIE DECOSTA, P.A.
        1560 Matthew Drive, Suite E
        Fort Myers FL 33907
        Telephone: (239) 931-7566
        Facsimile: (239) 931-7560
        Primary Email: chris@hmdlegal.com
                        eservice@hmdlegal.com
        Secondary Email: Lynn@hmdlegal.com
                           Jamie@hmdlegal.com
        *Attorney for Plaintiff, Flexstake, Inc.*

## CERTIFICATE OF SERVICE

I, CHRISTOPHER J. DECOSTA, HEREBY CERTIFY that on this 28th day of April, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        By:  */s/ Christopher J. DeCosta*