# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **FLEXSTAKE, INC,**<br><br>        **Plaintiff,**<br><br>**v.**<br><br>**DBI SERVICES, LLC**,<br><br>        **Defendant,** | **Case No. 1:17-cv-20858-RNS**<br><br>**PLAINTIFF'S MOTION TO SUPPLEMENT THE SUMMARY JUDGMENT RECORD BASED ON NEWLY DISCOVERED EVIDENCE** |

Plaintiff, Flexstake, Inc. ("Plaintiff" or "Flexstake) moves supplement the summary judgment record in the above-styled cause. As grounds, Plaintiff states the following:

1. On July 23, 2018, Defendant filed its Second Corrected Motion for Summary Judgment (Doc. 104). In the motion, among other things, Defendant claimed that the undisputed facts showed that it sent genuine Flexstake 750 series delineator top sections to TTI, which were used in the impact testing that formed the basis for the October 2, 2015 Technical Memorandum. Defendant presented no actual evidence that this was the case. The only evidence was presented was an email that did not actually support Defendant's position in this regard.

2. Nonetheless, in Plaintiff's response to the motion dated August 3, 2018, it submitted evidence that the top sections tested were not Flexstake products. (e.g Doc. 105-1; 105-6).

1

3. Plaintiff has subsequently discovered additional evidence that proves conclusively that the knock-off top sections were used in the TTI testing[1]. The top sections that were tested were shipped to Orafol Americas, Inc. and are currently located at their headquarters in Avon, Connecticut. A review of the delineators sent to Orafol shows that the wall thickness of the product tested by TTI is too thin to have been a Flexstake 750 Series top section, which is specified and manufactured to a minimum wall thickness of .055 inches. The wall thickness of the products tested was between .045 and .049.

4. In support of the preceding, Plaintiff requests that it be allowed to supplement the record by including the declarations of Chris Gaudette of Orafol Americas, Inc. (Ex. A) and Robert Hughes of Flexstake (Ex. B).

5. In determining whether to grant a motion to supplement the summary judgment record, a district court analyzes whether the proposed supplementary information provides any new evidence or creates any new questions of material fact that impact ruling on the pending motion for summary judgment. Hinkle v. City of Wilmington, 205 F. Supp. 3d 558 (D. Del. 2016). Here, there are ample grounds to supplement the summary judgment based on newly discovered evidence.

6. By way of this motion, Plaintiff does not intend to waive its request for a sur-reply brief and attendant evidentiary materials (Doc. 113) with respect to which the court has not yet taken action.

7. The undersigned counsel has conferred with counsel for Defendant, Adrienne Love. Attorney Love has indicated that Defendant objects to the relief sought herein.

---

[1] As discussed in Plaintiff's Response to Defendant's Second Corrected Motion for Summary Judgment, the TTI testing is part of but is not the sole basis for damages resulting from Defendant's unlawful acts. (Pl.'s Mem. Opp. Summ.J. at pp. 14)

WHEREFORE, Plaintiff respectfully requests that the court enter an order supplementing the record on summary judgment to include the declarations of Chris Gaudette and Robert Hughes, attached as Exhibits A and B herein.

Dated this 8th day of November, 2018.

        Respectfully submitted,

        By:   */s/ Christopher DeCosta*
        **CHRISTOPHER J. DECOSTA, ESQ.**
        **FLORIDA BAR NUMBER 271410**
        HOLTZ MAHSHIE DECOSTA, P.A.
        1560 Matthew Drive, Suite E
        Fort Myers FL 33907
        Telephone: (239) 931-7566
        Facsimile: (239) 931-7560
        Primary Email: chris@hmdlegal.com
                eservice@hmdlegal.com
        Secondary Email: sherri@hmdlegal.com
                Jamie@hmdlegal.com
        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, CHRISTOPHER J. DECOSTA, HEREBY CERTIFY that on this 8th day of November, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        By**:** */s/ Christopher DeCosta*

3